[Nos. 25703-7-III; 25704-5-III;   Division Three.   March 25, 2008.]
25705-3-III; 25706-1-III.

*In the Matter of the Welfare of* M.R.H. ET AL.

Appeals from judgments of the Superior Court for Benton County, Nos. 05-7-00224-2 and 05-7-00225-1, Carrie L. Runge, J., entered October 27, 2006. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Brown and Kulik, JJ. Now published at 145 Wn. App. 10.

[No. 25970-6-III.   Division Three.   March 25, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DEBRA ANN ASHUE, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 06-1-00323-9, Robert N. Hackett, Jr., J., entered March 5, 2007. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Brown, J., and Thompson, J. Pro Tem. Now published at 145 Wn. App. 492.

[No. 26359-2-III.   Division Three.   March 25, 2008.]

DONALD MILLS ET AL., *Appellants*, v. LES SCHWAB TIRE CENTERS OF WASHINGTON, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 99-2-02908-8, Robert N. Hackett, Jr., J., entered June 29, 2007. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Sweeney, C.J., and Thompson, J. Pro Tem.

[No. 25769-0-III.   Division Three.   March 27, 2008.]

THE STATE OF WASHINGTON, *Appellant*, v. JOSE LUIS HERNANDEZ, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 05-1-02753-9, Blaine G. Gibson, J., entered November 15, 2006. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Sweeney, C.J., and Thompson, J. Pro Tem.